UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT ALLEN YOUNG,<br><br>  Defendant. | Case No. 2:07-CR-00145-KJD-PAL<br><br>**ORDER** |

Having reviewed the Motion and good cause appearing, the Court hereby **GRANTS** Angela H. Dows' Motion to Withdraw as Counsel of Record (#1430). Chris T. Rasmussen, Defendant's immediately preceding counsel will continue as Counsel of Record in this matter.

DATED this 12th day of August 2013.

_____
Kent J. Dawson
United States District Judge